

## NUMBER 13-20-00562-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

### IN RE PORT ISABEL LOGISTICAL OFFSHORE TERMINAL, INC.

### On Petition for Writ of Mandamus.

## ORDER

**Before Chief Justice Contreras and Justices Hinojosa and Tijerina**
**Order Per Curiam**

By this original proceeding, relator Port Isabel Logistical Offshore Terminal, Inc. argues that the trial court abused its discretion by entering an order on December 8, 2020 which is "inconsistent with a previously-affirmed judgment and not related to the singular issue for which the case [was] remanded." Relator has filed an Emergency Motion for Stay of the December 8, 2020 order, arguing that: (1) the December 8, 2020 order permits real party in interest Subsea 7 Port Isabel LLC to remove improvements from the subject property which allegedly belong to relator; (2) trial court issued its own stay of the

December 8, 2020 order but that stay expires on January 22, 2021; and (3) relator will suffer irreparable harm if this Court does not stay the order.

Having reviewed the motion and the record documents provided by relator, this Court finds that the Motion for Emergency Stay is meritorious and should be granted. Accordingly, we GRANT the motion and the trial court's December 8, 2020 order in this cause is hereby STAYED until the petition for writ of mandamus may be disposed of on its merits or until further order of this Court.

PER CURIAM

Delivered and filed on the
20th day of January, 2021.